**Order filed June 13, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00323-CR
_____

**CARROLL CARPENTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-43,463**

## O R D E R

This appeal has become stalled due to the failure of Joel Rodriguez, the court reporter for the 161st District Court, to prepare and file in this court the reporter's record. The reporter's record was originally due on January 19, 2016. Rodriguez has filed four requests for extensions, one of which was granted and three of which were granted in part. We granted Rodriguez's fourth request on April 14, 2016, and

we directed that the reporter's record be filed on or before May 13, 2016. As of today, Rodriguez has not filed the reporter's record in this cause.

By this order, **Joel Rodriguez is ORDERED to file the reporter's record in this cause on or before 5:00 p.m. on June 20, 2016**. If the reporter's record has not been filed by that time, Rodriguez may be required to appear in person before the Eleventh Court of Appeals to explain the delay.

PER CURIAM

June 13, 2016

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.